# Court of Appeals
# of the State of Georgia

ATLANTA,_____July 21, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1949. CHARLES E. THOMPSON v. ROBERT REICHERT et al.

Charles Thompson filed a civil suit against multiple defendants. The trial court granted the defendants' motion for summary judgment, and Thompson filed an application for discretionary appeal. See Case Number A15D0166. Because the application stemmed from the grant of summary judgment, it appeared to be directly appealable. See OCGA § 9-11-56 (h). Thus, we granted the application pursuant to OCGA § 5-6-35 (j), and the appeal was transmitted to this Court.

The record reveals that Thompson is incarcerated. Thus, Thompson properly filed an application for discretionary appeal. See OCGA § 42-12-8 (an appeal of a civil action filed by a prisoner shall be by discretionary application). Under these circumstances, we improperly granted Thompson's discretionary application under OCGA § 5-6-35 (j) because, as a prisoner, Thompson has no right of direct appeal in a civil matter. See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). Our review of the trial court's ruling shows no reversible error. Accordingly, this appeal is hereby DISMISSED on the basis that the application was improvidently granted.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,_____07/21/2016_____*
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*